Kenneth R. Sellers #46005
Pro Se, Litigant
HCF, P.O. Box 1568
Hutchinson, KS 67504



FILED
AUG 28 2003
RALPH L. DeLOACH, Clerk
By _____ Deputy

# IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Kenneth R. Sellers,<br>    Plaintiff,<br><br>v.<br><br>Roger Werholtz, et. al.,<br>In his individual capacities,<br>Defendant,<br><br>Ray Roberts,<br>In his individual capacities,<br>            Defendant,<br><br>Cody Couch,<br>In his individual capacities, | Case No. 02-CV- 3055<br><br>Civil Rights Action.<br>42 U.S.C. 1983 |

42 U.S.C. 1983

### Motion For Permission
### To Add Names Amend Complaint
### Pursuant to Fed. R. Civ. P. Rule

Come Now the Plaintiff Kenneth R. Sellers. Request this Court for permission to

Amend His Complaint, by adding the following above Defendants to his 42 U.S. 1983

Civil Rights Complaint.

### In Support of His request,
### Petitioner alleges and States:

1. Ray Roberts, Warden at the Ellsworth Correctional Facility, violated inmate Kenneth R. Seller's constitutional rights under the First, and Eighth Amendment to the United States. When He, deliberate indifference and reckless disregard the serious medical needs of the Plaintiff, by failure to act to the inmates health and safety.

2. Roger Werholtz, Secretary of Correction, violated inmate Sellers Constitutional Rights under Eighth Amendment to the United States, Official is subjectively aware that the Prisoner faces a serious medical need. He disregarded by not taking reasonable measures to abate the risk or failure to protect from Prison Official conduct.

3. Cody Couch, Unit-Team at Ellsworth Correctional Facility, did violate inmate Sellers constitutional rights under the First Amendment to the United States, when he deliberately disregarded regulations and statutes of the Grievance process to deny Plaintiff access to the Court by not allowing Exhaustion all Administrative remedies.

## Certificate of Service

I, Kenneth R. Sellers pro se, hereby certify this _26_ day of August, 2003, that a true and correct copy of the above and foregoing Motion For Permission to Add Names to Amend Complaint, was also served on Defendants Attorney by placing the same in The United States mail postage prepaid and addressed to the Court an the Defendants Attorney:

Ricke W. Matthew #20995
Assistant Atty. General
Office of the Atty. General
120 S.W. 10th Ave, 2nd Floor
Topeka, KS 66612-1597

Office of the Clerk
U.S. District Court
444 S.E. Quincy, Room-490
Topeka, KS 66683

Respectfully Submitting,

_/s/ Kenneth Sellers_
Kenneth R. Sellers#46005
HCF, P.O. Box 1568
Hutchinson, KS 67504