Matthew W. Ricke, #20995
Assistant Attorney General
Memorial Hall, 2nd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
(785) 296-2215

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KENNETH R. SELLERS, #46005** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Case No.: 02-3055-KHV |
| **DEBORAH BUTLER,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

### OBJECTION TO PLAINTIFF'S MOTION
### FOR COURT'S PERMISSION TO AMEND AND ADD PARTIES

Comes now the Defendant Deborah Butler, by and through counsel, Matthew W. Ricke, Assistant Attorney General, and states:

1. That the Defendant objects to the Plaintiff amending his complaint to add Ray Roberts, Roger Werholtz and Cody Couch as Defendants in this case.

2. Allowing Plaintiff to add new Defendants at this time would require additional time to investigate the allegations alleged by Plaintiff against the new parties, prepare an additional Martinez Report and answer the amended complaint.

3. One of the proposed Defendants, Cody Couch, has previously been dismissed from this action pursuant to Order of the Court dated August 14, 2002.

4. The proposed additional Defendants have nothing to do with the remaining claim

in this case of inadequate medical treatment provided by Defendant Butler.

5. Plaintiff is suing Defendant Butler in her individual capacity only, the proposed additional Defendants have had no personal interactions with the Plaintiff regarding the medical treatment he received from Defendant Butler.

6. Defendant Butler has filed a Motion for Summary Judgment regarding the sole remaining claim that she provided inadequate medical treatment to Plaintiff and it would not be an efficient use of judicial time to allow Plaintiff to add new parties to his complaint at this late stage of the proceedings.

**WHEREFORE**, for the reasons set forth herein, Defendant Deborah Butler, respectfully request that the Plaintiff's *Motion to Amend* be denied by the Court.

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
PHILL KLINE

s/Matthew W. Ricke
Matthew W. Ricke, #20995
Assistant Attorney General
Memorial Hall, 3rd Floor
120 S.W. 10th Avenue
Topeka, Kansas 66612-1597
Telephone: (785) 296-2215
Attorneys for Defendant

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing was served by depositing the same in the United States Mail, first class postage prepaid, the 29th day of August, 2003, addressed to:

Kenneth R. Sellers (KDOC #46005)
HCF - Box 1568
Hutchinson, Kansas 67504-1568
Plaintiff *Pro Se*

            s/Matthew W. Ricke
            Matthew W. Ricke, Assistant Attorney General